IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**AHMAD ABDOLI,**

    Petitioner,

v.   No. 1:26-cv-00134-SMD-GJF

**GEORGE DEDOS,** *et al.***,**

    Respondents.

## ORDER TO RESPOND

Petitioner Ahmad Abdoli filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 2) ("Petition") on January 23, 2026, and an Emergency Motion for Temporary Restraining Order (Doc. 4) ("TRO Application") on January 26, 2026. The Court orders the following:

1. Respondents shall file a written response to the TRO Application no later than Friday, February 6, 2026 at 5:00 p.m. If Respondents require additional time to prepare their response, they may file a motion requesting an extension by that time.

2. Respondents shall file a written response to the Petition no later than Monday, February 9, 2026 at 12:00 p.m. If Respondents require additional time to prepare their response, they may file a motion requesting an extension by that time.

3. The Clerk's Office is directed to serve the Petition for Writ of Habeas Corpus, the Motion for Temporary Restraining Order, and this Order on Respondents.

**IT IS SO ORDERED**.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**